# United States District Court
# For The Western District of North Carolina
# Charlotte Division

THADIUS LEONARD BONAPART,

       Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                               3:12cv37

NANCY BACA-STEPHAN, et al.,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/11/2012 Order.

                                          Signed: May 11, 2012

                                          Frank G. Johns, Clerk
                                          United States District Court